UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GEROGE PROBY, JR.,                )
                                  )
    Plaintiff,                    )
                                  )
v.                                )    No. 4:14-CV-1620 JAR
                                  )
TERRY RUSSELL, et al.,            )
                                  )
    Defendants.                   )

### Affidavit of Frederick Nelson

I, Frederick Nelson, having been first duly sworn, state:

1. I am currently employed by the Missouri Department of Corrections as a sergeant, or "COII," at Eastern Reception, Diagnostic and Correctional Center ("ERDCC"), which is located at 2727 Highway K, Bonne Terre, Missouri 63628.

2. In October 2012, I was employed as a sergeant at ERDCC.

3. I remember interacting with George Proby in October 2012.

4. On October 17, 2012, I was near the mess hall when I noticed a disturbance near Corrections Officer Patricia Jones. I saw George Proby fighting with another offender. Officer Jones and I were the first to respond. Other staff responded later. As I was restraining the other offender, George Proby kicked the other offender and he kicked me in the head, causing me to

1



lose balance and slam my knee into the ground. I was injured and I later received occupational treatment.

5.  I did not fabricate or conspire with anyone else to fabricate documents involving George Proby.

6.  I did not conduct any of the investigations into George Proby's conduct from October 17, 2012. I did not assign him to administrative segregation or review his placement there.

STATE OF MISSOURI      )
                       )   SS
COUNTY OF St. Francois )

_____
Frederick Nelson

Subscribed to and sworn before me this 22 day of October, 2015.

_____
Notary Public

SHELLY A. JOPLIN
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Francois County
My Commission Expires: December 11, 2015
Commission Number: 11277597

My commission expires: _____

2