UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE PROBY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-cv-1620-JAR |
| | ) | |
| TERRY RUSSELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion to transfer the case to the Eighth Circuit Court of Appeals (Doc. No. 106). No appealable ruling has yet been issued in this case. A pending motion for summary judgment has been fully briefed and is ripe for consideration, and a ruling will be issued in due course.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to transfer case to the Eighth Circuit Court of Appeals (Doc. No. 106) is **DENIED**.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 8th day of July, 2016.